IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-00438-CMA-MJW

CONSTRUCT CORPS LLC,

Plaintiff(s),

v.

RAILS PLUS, INC.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Unopposed Motion to Vacate and Reschedule August 23, 2011 Settlement Conference (docket no. 11) is GRANTED finding good cause shown.  The Settlement Conference set on August 23, 2011, at 10:00 a.m. is VACATED.  The parties may request that the Settlement Conference be reset by filing a motion.

Date:   August 19, 2011