IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-00438-CMA-MJW

CONSTRUCT CORPS LLC,

Plaintiff(s),

v.

RAILS PLUS, INC.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that third-party R. G. Brinkmann Company's Withdrawal of Objection to Subpoena and Motion to Quash Subpoena (Docket No. 39) is granted, and thus third-party R.G. Brinkmann Company's Objection to Subpoena and Motion to Quash Subpoena (docket no. 20) is deemed withdrawn.

Date:   March 2, 2012