IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-00438-CMA-MJW

CONSTRUCT CORPS LLC,

Plaintiff(s),

v.

RAILS PLUS, INC.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Joint and Unopposed Motion to Stay Litigation and Extend Dispositive Motion Deadline (docket no. 42) is DENIED.

I find that nothing prevents the parties in this case from settling this case at anytime.  I do not find good cause to delay this case.  This court shall follow the scope and purpose of the Federal Rules of Civil Procedure as outlined in Rule 1.

Rule 1 states:

> These rules govern the procedure in all civil actions and proceedings in the United States district courts, except as stated in Rule 81.  **They should be construed and administered to secure the just, speedy, and inexpensive determination of every action and proceeding.** [emphasis added].

Date:   March 16, 2012